UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-cv-62567-WPD

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

CTHAI LLC, a Florida Limited Liability Company, d/b/a THAI ORIENTAL MART and HILDA BESNER, as Trustee Of The Adele Besner Trust Under Agreement With Hanna S. Besner Dated June 7, 1985

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE is before the Court *sua sponte*. The Court entered an Order Approving Stipulation of Dismissal with Prejudice [DE 46]. Upon review of the record in this case, and being otherwise fully advised in the premises it is hereby **ORDERED and ADJUDGED** that the Clerk is **DIRECTED** to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Florida this 17th day of April, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
All parties of record